

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Hon. A. M. Turney
County Attorney
Brewster County
Alpine, Texas

Dear Sir:

Opinion No. 0-1923
Re: Can the County-District Clerk and
the Sheriff-Tax Assessor-Collector,
both of whom have deputies who
have previously served the county
for more than two continuous years,
pay such deputies the additional
amount of $300.00 annually?

Your recent request for an opinion of this de-
partment on the above stated question has been received.

Article 3902, Vernon's Civil Annotated Statutes
reads in part as follows;

"Whenever any district, county or pre-
cinct officer shall require the services of
deputies, assistants or clerks in the perfor-
mance of his duties he shall apply to the
County Commissioners' Court of his county for
authority to appoint such deputies, assistants
or clerks, stating by sworn application the
number needed, the position to be filled and
the amount to be paid. Said application shall
be accompanied by a statement showing the pro-
bable receipts from fees, commissions and com-
pensation to be collected by said office dur-
ing the fiscal year and probable disbursements
which shall include all salaries and expenses
of said office; and said court shall make its
order authorizing the appointment of such de-
puties, assistants and clerks and fix the com-
pensation to be paid them within the limitations
herein prescribed and determine the number to
be appointed as in the discretion of said court

may be proper; provided that in no case shall
the Commissioners' Court or any member thereof
attempt to influence the appointment of any
person as deputy, assistant or clerk in any of-
fice. Upon the entry of such order the offi-
cers applying for such assistants, deputies or
clerks shall be authorized to appoint them;
provided that said compensation shall not ex-
ceed the maximum amount hereinafter set out.
The compensation which may be allowed to the
deputies, assistants or clerks above named for
their services shall be a reasonable one, not
to exceed the following amounts:

"1.   In counties having a population of
twenty-five thousand (25,000) or less inhabi-
tants, first assistant or chief deputy not to
exceed Eighteen Hundred ($1800.00) Dollars per
annum; other assistants, deputies or clerks
not to exceed Fifteen Hundred ($1500.00) Dollars
per annum each.

"1-a.   In counties having a population of
twenty-five thousand (25,000) inhabitants or
less, according to the last preceding Federal
Census, and whose tax values exceed One Hundred
Million Dollars ($100,000,000), according to
the last approved tax rolls, the first assis-
tant to the Tax Assessor and Collector and the
first assistant to the County Clerk may each
receive an annual salary of not to exceed Three
Thousand Dollars ($3,000) per annum, and the
cashier to the Tax Assessor and Collector and
the County Clerk may each receive an annual
salary of not to exceed Two Thousand, Four
Hundred Dollars ($2,400) per annum.  The Tax
Assessor and Collector shall designate in addi-
tion to the first assistant and cashier, two
heads of departments, one to be in charge of
assessing and one to be in charge of collecting
in such counties, who may receive an annual
salary of not to exceed Two Thousand, Four
Hundred Dollars ($2,400) per annum, and any
additional assistants, deputies or clerks to
the Tax Assessor and Collector or the County
Clerk may receive an annual salary of not to ex-

ceed One Thousand, Eight Hundred Dollars ($1,800) per annum. Added Acts 1939, 46th Leg., H.B. #657, |1.

"la. In counties having a population of not less than nineteen thousand, eight hundred and fifty (19,850) and not more than nineteen thousand, eight hundred and ninety-five (19,895) inhabitants, according to the last preceding Federal Census, the Commissioners Court may approve the appointment of heads of departments, when necessary, and when additional allowance for salary is deemed necessary or justified by the Commissioners Court of such counties for heads of departments or chief deputies, a sum not to exceed Two Hundred Dollars ($200) per annum may be allowed, in addition to the regular salary for such heads of departments or chief deputies, when such officers shall have previously served the county for not less than two (2) continuous years. As added Acts 1939, 46th Leg., H.B. #1030, |1.

".  .  .

"4a. In counties having a population of sixty thousand and one (60,001) and not more than one hundred thousand (100,000) inhabitants, according to the preceding Federal Census and containing a city of not less than fifty-two thousand (52,000) inhabitants according to the preceding Federal Census, heads of departments may be allowed by the Commissioners Court, when in their judgment such allowable is justified, the sum of Two Hundred Dollars ($200) per annum in addition to the amount hereinbefore authorized to either First Assistant or Chief Deputy, or other Assistants, Deputies or Clerks, when such heads of departments sought to be appointed shall have previously served the county or political subdivision thereof for not less than two (2) continuous years; provided no heads of departments shall be created except where the persons ought to be appointed shall be in actual

charge of some department, with Deputies or
Assistants, under his supervision, or a depart-
ment approved by the Court, and only in offices
capable of a bona fide subdivision into depart-
ments. As added Acts 1937, 45th Leg., p. 581,
ch. 290, {1.

"5. In counties having a population of one
hundred thousand and one (100,001) and not more
than one hundred and fifty thousand (150,000)
inhabitants, first assistant or chief deputy not
to exceed Twenty-six Hundred ($2600.00) Dollars
per annum; heads of departments may be allowed
by the Commissioners' Court, when in their judgment
such allowance is justified, the sum of Two Hun-
dred ($200.00) Dollars per annum in addition to
the amount herein allowed, when such heads of
departments sought to be appointed shall have
previously served the county or political subdi-
vision thereof for not less than two continuous
years; other assistants, deputies or clerks not
to exceed Twenty-three Hundred ($2300.00) Dollars
per annum each. . . ."

The assessed tax valuation of property for Brew-
ster County for the year 1939 was $7,708,646.00. The
population of said county, according to the last Federal
Census, is 6,624 inhabitants.

Under the provisions of the above mentioned sta-
tute certain counties coming within a designated population
bracket, the Commissioners' Court may approve the appoint-
ment of heads of departments, when necessary, and when
additional allowance for salaries deemed necessary are
justified by the Commissioners' Courts of such counties.
For heads of departments or chief deputies a sum not to ex-
ceed $200.00 per annum may be allowed, in addition to the
regular salary for such heads of departments or chief
deputies when such officers shall have previously served
the county for not less than two continuous years. Also
counties whose tax values exceed certain amounts as de-
signated in the above mentioned statute, according to the
last approved tax rolls, certain assistants as named there-
in are allowed the salaries as are provided in the statute.

Brewster County does not come within any of the

above mentioned population brackets which would allow the Commissioners' Court to approve the appointment of heads of departments and allow additional salary for heads of departments or chief deputies in a sum not to exceed $200.00 per annum, in addition to the regular salaries for such heads of departments or chief deputies, when such officers have previouslyyserved the county for not less than two continuous years. Also, the assessed tax valuation of Brewster County is not such as would authorize additional allowance for salaries of deputies.

The provision of the statute that applies to the compensation to be allowed deputies, assistants or clerks for their services in Brewster County is Section 1 of Article 3902, supra, which provides:

"In counties having a population of twenty-five thousand (25,000) or less inhabitants, first assistant or chief deputy not to exceed Eighteen Hundred ($1800.00) Dollars per annum; other assistants, deputies or clerks not to exceed Fifteen Hundred ($1500.00) Dollars per annum each."

In view of the foregoing statute, your question is answered in the negative.

Trusting that the foregoing fully answers your inquiry, we remain

Yours very truly

ATTORNEY GENERAL OF TEXAS

By        (Signed)
           Ardell Williams
           Assistant

AW:AW

APPROVED: February 9, 1940
W. F. Moore  (Signed)
FIRST ASSISTANT ATTORNEY GENERAL OF TEXAS

APPROVED OPINION COMMITTEE BY B.W.B. CHAIRMAN